# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | SAR LLC |
| **Case Number:** | 2:15-bk-02209-GBN  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, APRIL 07, 2015 10:15 AM   6TH FLOOR #602 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | KAYLA COLASONT |

## Matter:

ORDER TO SHOW CASE AS TO WHY THE CASE SHOULD NOT BE DISMISSED FOR LACK OF COUNSEL

R / M #:   1 / 0

## Appearances:

FRANKLIN DODGE, ATTORNEY FOR EAST WEST BANK

## Proceedings:

Mr. Dodge brought the Court up to date, stating that the §341 hearing could not be held as the schedules have not been filed. He noted that the §341 hearing has been continued. Mr. Dodge stated that the law should be followed, that the debtor should be represented by counsel.

COURT:  IT IS ORDERED SUSTAINING THE ORDER TO SHOW CAUSE, THEREFORE THIS CASE IS DISMISSED.  MR. DODGE SHALL SUBMIT A DISMISSAL ORDER.

IT IS ORDERED VACATING THE HEARINGS SCHEDULED APRIL 28, 2015 AT 1:30 P.M.