

George B. Nielsen, Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In Re: | Chapter 11 |
|---|---|
| **SAR LLC,** | **Case No. 15-bk-02209-GBN** |
| Debtor. | **ORDER OF DISMISSAL** |

This matter having come before the Court on April 7, 2015 at 10:15 a.m., pursuant to the Court's Order To Show Cause dated March 5, 2015, ordering the Debtor to show cause why this case should not be dismissed for lack of counsel (Dkt.#11);

Secured Creditor, East West Bank, having appeared through counsel, Franklin D. Dodge, Ryan Rapp & Underwood, P.L.C. and no appearance having been made by the Debtor;

The record in this bankruptcy case reflecting that pursuant to 11 U.S.C. §327, no application to employ bankruptcy counsel on behalf of the Debtor has been filed; and good cause appearing;

**IT IS HEREBY ORDER ORDERED** that:

1.  The Court's Order to Show Cause is sustained;

2.  This bankruptcy case is dismissed;

3.  Upon the entry of this Order of Dismissal, pursuant to 11 U.S.C. §362(c)(2)(B), the automatic stay against property of the estate under subsection 11 U.S.C. §362(a) shall not longer be in effect; and,

4.  The Chapter 11 Status Hearing set herein for April 28, 2015 at 1:30 p.m. is vacated.

**DATED AND SIGNED ABOVE.**

1

In re:                                                              Case No. 15-02209-GBN
SAR LLC                                                             Chapter 11
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2        User: benninks          Page 1 of 1              Date Rcvd: Apr 08, 2015
                           Form ID: pdf002          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2015.
db            +SAR LLC,    4229 N 16TH STREET,    PHOENIX, AZ 85016-5318
13411008      +East West Bank & East West Investments,    c/o Franklin D. Dodge,
               3200 N. Central Avenue, Ste. 1600,    Phoenix, AZ 85012-2401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcynotices@azdor.gov Apr 08 2015 23:47:45      AZ DEPARTMENT OF REVENUE,
               BANKRUPTCY & LITIGATION,    1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
13406176      +E-mail/Text: bankruptcynotice@eastwestbank.com Apr 08 2015 23:48:00      EAST-WEST BANK,
               9300 Flair Drive,    6th floor,    El Monte  CA 91731-2851
                                                                                 TOTAL: 2


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             East West Bank & East West Investments,    c/o Franklin D. Dodge,
               3200 N. Central Avenue, Suite 1600,    Phoenix
                                                                      TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2015                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2015 at the address(es) listed below:
              ELIZABETH C. AMOROSI    on behalf of U.S. Trustee    U.S. TRUSTEE Elizabeth.C.Amorosi@usdoj.gov
              FRANKLIN D. DODGE    on behalf of Creditor    East West Bank & East West Investments
               tdodge@rrulaw.com
              GILBERT  AZAFRANI    on behalf of Debtor    SAR LLC azafranilaw@gmail.com
                                                                             TOTAL: 3